**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **JESUS ACEVEDO SANCHEZ,** | |
| *Petitioner*, | |
| v. | **Civil No.: 1:26-cv-02345-JRR** |
| **VERNON LIGGINS,** *et al.*, | |
| *Respondents*. | |

**ORDER**

Pending now before the court is Petitioner Jesus Acevedo Sanchez's Amended Petition for Writ of Habeas Corpus at ECF No. 8 (the "Amended Petition"). Following briefing by the parties, the court convened a hearing on the Amended Petition today, July 23, 2026. (ECF Nos. 11, 12.) For the reasons set forth in open court during the court's oral ruling, it is this 23rd day of July 2026:

**ORDERED** that the Amended Petition (ECF No. 8) shall be, and is hereby, **GRANTED** as to Count I and Count II on the Fifth Amendment due process violation claim; and otherwise is **DENIED** as moot; and further it is

**ORDERED** that by **11:59 PM TODAY, July 23, 2026, Respondents SHALL RELEASE Petitioner** from physical custody; and further it is

**ORDERED** that Respondents shall file a line confirming compliance with this order on or before 4:00 PM, July 24 , 2026.

/s/
Julie R. Rubin
United States District Judge